## Florence M. Blumberg, Appellee, v. William M. Baird, Appellant.

Gen. No. 42,485.

opinion
filed June 16, 1943.  Burt A. Crowe, for appellant; Sidney J. & Arthur Wolf, for appellee; Sidney J. Wolf, of counsel.  Opinion by PRESIDING JUSTICE SULLIVAN.  ''Not to be published in full.''